UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HOPP, LAWRENCE K AND HOPP, MARY T | ) | CASE NO. 04-00564 |
| | ) | |
| | ) | Hon. JACK B. SCHMETTERER |
| Debtor(s). | | |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE JACK B. SCHMETTERER
     BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on January 07, 2004. HORACE FOX, JR. was appointed Trustee on January 07, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $10,800.00. The trustee proposes to abandon the following property at the hearing, Canterbury Travel Trailer for $8,000.00 with a lien of $500.00; Center Bank Savings Account for $400.00 with a $100.00 exemption and Campsite, Portuga, IN. for 3,000.00.

4.   A summary of the trustee's final account as of November 25, 2008 is as follows:

|   |   |   |   |
|---|---|---|---|
| | a. | RECEIPTS (See Exhibit C) | $20,920.26 |
| | b. | DISBURSEMENTS (See Exhibit C) | $279.08 |

| | | | |
|---|---|---|---|
| c. | NET CASH available for distribution | | $20,641.18 |
| d. | TRUSTEE PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $2,842.03 |
| | 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | | (a.) Mandell Menkes LLC Attorney for Trustee Fees | $9,000.00 |
| | | (b.) Mandell Menkes LLC Attorney for Trustee Expenses | $9.36 |
| | | (c.) Popowcer Katten, Ltd. Accountant for Trustee Fees | $1,155.00 |

5.    The Bar Date for filing unsecured claims expired on 08/09/2004.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $0.00 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $115,983.79 |

7.    Trustee proposes that unsecured creditors receive a distribution of 6.58% of allowed claims.

8.     Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees , Mandell Menkes LLC requested but not yet allowed is $9,000.00. Attorney for Trustee Expenses , Mandell Menkes LLC requested but not yet allowed is $9.36. Accountant for Trustee Fees , Popowcer Katten, Ltd. requested but not yet allowed is $1,155.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $13,006.39.

9.    A fee of $1,500.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

Date: November 25, 2008

/s/ HORACE FOX, JR., Trustee
SIGNATURE

HORACE FOX, JR.
TRUSTEE NAME

6 East Monroe
Suite 1004
Chicago, IL 60603
ADDRESS

**EXHIBIT A**

**TASKS PERFORMED BY TRUSTEE**
**EXHIBIT A**

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

Supervised accountant's preparation of Federal and State tax return.

Supervised attorney's filing of adversary and executing judgment.

**EXHIBIT B**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1

| Case No.: | 04-00564 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | Date Filed (f) or Converted (c): | 01/07/2004 (f) |
| For the Period Ending: | 11/25/2008 | | §341(a) Meeting Date: | 02/17/2004 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | REAL ESTATE | $200,500.00 | $0.00 | DA | $0.00 | FA |
| 2 | camp site, Portage Indiana | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | 1997 Canterbury travel trailer | $8,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | travel trailer, deteriorated on permanent foundation | | | | | |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Center Bank Savings | $400.00 | $300.00 | DA | $0.00 | FA |
| 6 | Household Goods | $0.00 | Unknown | DA | $0.00 | FA |
| 7 | 300 shares Metropolitan Stock | $8,500.00 | $5,100.00 | | $20,841.19 | FA |
| Asset Notes: | suit filed to get value of stock | | | | | |
| 8 | 2000 Honda Shadow | $1,500.00 | Unknown | DA | $0.00 | FA |
| 9 | Honda Motorcycle | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | cash | $100.00 | $0.00 | DA | $0.00 | FA |
| 11 | Dodge Ram vehicle | $15,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | Chevrolet Monte Carlo vehcle | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 13 | whole life ins. | $0.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $79.07 | FA |

TOTALS (Excluding unknown value)

Gross Value of Remaining Assets

| $257,000.00 | $5,400.00 | | $20,920.26 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

On 4.22.04 debtor's attorney indicated he would make offer on all none exempt assets.  Debtor made an offer which was rejected and countered.  Awaiting better offer.  Filed motion for

turnover 1.7.0.6, Metropolitan Life Insurance stock.  Have Recieved power of attorney and the account numbers may now liquidate stock and signature verification from Met Life, status

6.28.07. An adversary was required to obtain stock proceeds.  I must object to a secured claim; get taxes completed; file a final report and account.

Deem abandoned the motor home and pad, cost of litigation, storage.

status 9.25.08.

**Initial Projected Date Of Final Report (TFR):**   09/30/2005      **Current Projected Date Of Final Report (TFR):**   06/30/2008

**EXHIBIT C**

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 04-00564 |
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T |
| Primary Taxpayer ID #: | 756811658 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/7/2004 |
| For Period Ending: | 11/25/2008 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | BANK OF AMERICA |
| Money Market Acct #: | 3754418385 |
| Account Title: | MONEY MARKET |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 1/7/2004 to 11/25/2008**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/10/2007 to 11/25/2008**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-00564 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756811658 | | Checking Acct #: | 7117040564 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/25/2008 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From  # 8117040564 | Transfer For Bond Payment | 9999-000 | $19.08 | | $19.08 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $19.08 | $0.00 |
| 07/14/2008 | | Transfer From  Acct#8117040564 | | 9999-000 | $130.00 | | $130.00 |
| 07/14/2008 | | Transfer From  Acct#8117040564 | | 9999-000 | $130.00 | | $260.00 |
| 07/14/2008 | 2002 | Illinois Department of Revenue | Estate OF Lawrence K. Hopp | 2820-000 | | $130.00 | $130.00 |
| 07/14/2008 | 2003 | Illinois Department of Revenue | Estate Of Mary T. Hopp | 2820-000 | | $130.00 | $0.00 |
| 11/21/2008 | | Transfer From:  # 8117040564 | Transfer to Close Account | 9999-000 | $20,641.18 | | $20,641.18 |
| | | | **TOTALS:** | | $20,920.26 | $279.08 | $20,641.18 |
| | | | **Less: Bank transfers/CDs** | | $20,920.26 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $279.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $279.08 | |

| **For the period of  1/7/2004 to 11/25/2008** | | **For the entire history of the account between 03/31/2008 to 11/25/2008** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,920.26 | Total Internal/Transfer Receipts: | $20,920.26 |
| | | | |
| Total Compensable Disbursements: | $279.08 | Total Compensable Disbursements: | $279.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $279.08 | Total Comp/Non Comp  Disbursements: | $279.08 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-00564 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756811658 | | Money Market Acct #: | 8117040564 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/25/2008 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2007 | (7) | Met Life | Stock | 1129-000 | $1,606.40 | | $1,606.40 |
| 11/30/2007 | (7) | Met Life | Stock | 1129-000 | $19,234.79 | | $20,841.19 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $9.25 | | $20,850.44 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $10.08 | | $20,860.52 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $8.26 | | $20,868.78 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $8.10 | | $20,876.88 |
| 04/02/2008 | | Transfer To # 7117040564 | Transfer For Bond Payment | 9999-000 | | $19.08 | $20,857.80 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.84 | | $20,864.64 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $7.07 | | $20,871.71 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.84 | | $20,878.55 |
| 07/14/2008 | | Transfer To Acct#7117040564 | | 9999-000 | | $130.00 | $20,748.55 |
| 07/14/2008 | | Transfer To Acct#7117040564 | | 9999-000 | | $130.00 | $20,618.55 |
| 07/14/2008 | 1001 | Illinois Deparment Of Revenue | | 2820-000 | | $130.00 | $20,488.55 |
| 07/14/2008 | 1001 | VOID: Illinois Deparment Of Revenue | | 2820-003 | | ($130.00) | $20,618.55 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.52 | | $20,625.07 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.24 | | $20,630.31 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $5.07 | | $20,635.38 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $4.00 | | $20,639.38 |
| 11/21/2008 | (INT) | STERLING BANK | Account Closing Interest As Of 11/21/2008 | 1270-000 | $1.80 | | $20,641.18 |
| 11/21/2008 | | Transfer To: # 7117040564 | Transfer to Close Account | 9999-000 | | $20,641.18 | $0.00 |

| | | | | **SUBTOTALS** | $20,920.26 | $20,920.26 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 04-00564 | |
| **Case Name:** | HOPP, LAWRENCE K AND HOPP, MARY T | |
| **Primary Taxpayer ID #:** | 756811658 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/7/2004 | |
| **For Period Ending:** | 11/25/2008 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | 8117040564 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $20,920.26 | $20,920.26 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $20,920.26 | |
| | | | **Subtotal** | | $20,920.26 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $20,920.26 | $0.00 | |

**For the period of  1/7/2004 to 11/25/2008**

| | |
|---|---|
| Total Compensable Receipts: | $20,920.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,920.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $20,920.26 |

**For the entire history of the account between 11/30/2007 to 11/25/2008**

| | |
|---|---|
| Total Compensable Receipts: | $20,920.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,920.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $20,920.26 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-00564 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756811658 | | Money Market Acct #: | 8117040564 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/25/2008 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,920.26 | $279.08 | $20,641.18 |

| For the period of 1/7/2004 to 11/25/2008 | | For the entire history of the case between 01/07/2004 to 11/25/2008 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,920.26 | Total Compensable Receipts: | $20,920.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,920.26 | Total Comp/Non Comp Receipts: | $20,920.26 |
| Total Internal/Transfer Receipts: | $20,920.26 | Total Internal/Transfer Receipts: | $20,920.26 |
| | | | |
| Total Compensable Disbursements: | $279.08 | Total Compensable Disbursements: | $279.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.08 | Total Comp/Non Comp Disbursements: | $279.08 |
| Total Internal/Transfer Disbursements: | $20,920.26 | Total Internal/Transfer Disbursements: | $20,920.26 |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )        CHAPTER 7
                                                )
HOPP, LAWRENCE K AND HOPP, MARY      )        CASE NO. 04-00564
T                                               )
                                                )        Hon. JACK B. SCHMETTERER
              Debtor(s).

## DISTRIBUTION REPORT

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $13,006.39 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $7,634.79 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $20,641.18 |

## CLAIMS DISTRIBUTION REGISTER
## EXHIBIT D
CASE: 04-00564    HOPP, LAWRENCE K AND HOPP, MARY T

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 07/14/2008 | | | | | | | |
| | | Lehman and Fox<br>6 East Monroe #1004<br>Chicago , IL 60603 | 2100-000 | $2,842.03 | $2,842.03 | $.00 | $2,842.03 | $2,842.03 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | **$2,842.03** | **$2,842.03** | **$0.00** | **$2,842.03** | **$2,842.03** |
| | | | | | | | | |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| | 07/14/2008 | | | | | | | |
| | | Mandell Menkes LLC<br>333 W. Wacker #300<br>Chicago , IL 60606<br>**NOTES:** Fees were voluntarily reduced from $11,142.50 to $9,000.00 | 3210-000 | $9,000.00 | $9,000.00 | $.00 | $9,000.00 | $9,000.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | **$9,000.00** | **$9,000.00** | **$0.00** | **$9,000.00** | **$9,000.00** |
| | | | | | | | | |
| **Attorney for Trustee Expenses(Other Firm)** | | | | | | | | |
| | 11/25/2008 | | | | | | | |
| | | Mandell Menkes LLC<br>333 W. Wacker # 300<br>Chicago , IL 60606<br>**NOTES:** | 3220-000 | $9.36 | $9.36 | $.00 | $9.36 | $9.36 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Expenses(Other Firm)** | | | | **$9.36** | **$9.36** | **$0.00** | **$9.36** | **$9.36** |
| | | | | | | | | |
| **Accountant for Trustee Expenses (Other Firm)** | | | | | | | | |
| | 07/14/2008 | | | | | | | |
| | | Popowcer Katten, Ltd.<br>35 E. Wacker, #1550<br>Chicago , IL 60601--2207 | 3310-000 | $1,155.00 | $1,155.00 | $.00 | $1,155.00 | $1,155.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Accountant for Trustee Expenses (Other Firm)** | | | | **$1,155.00** | **$1,155.00** | **$0.00** | **$1,155.00** | **$1,155.00** |
| | | | | | | | | |
| **General Unsecured 726(a)(2) Claims** | | | | | | | | |
| 1 | 05/20/2004 | | | | | | | |
| | | Groen Waster Service<br>13701 S. KOSTNER<br>CRESTWOOD IL 60445 | 7100-000 | $1,258.78 | $1,258.78 | $.00 | $1,258.78 | $82.86 |
| **Percent Paid:** | | | 6.58% | | | | | |
| 2 | 05/24/2004 | | | | | | | |
| | | Davenport & White<br>Davenport & White<br>7667 W 95th Street #101<br>Hickory Hills , IL 60457 | 7100-000 | $40,411.00 | $40,411.00 | $.00 | $40,411.00 | $2,660.11 |
| **Percent Paid:** | | | 6.58% | | | | | |
| 3 | 05/28/2004 | | | | | | | |
| | | Midway Truck Parts<br>7400 W. 87TH ST<br>BRIDGEVIEW IL 60455<br>**NOTES:** pay as pre petition, general unsecured claim. court order 9.18.08 | 7100-000 | $99.96 | $99.96 | $.00 | $99.96 | $6.58 |
| **Percent Paid:** | | | 6.58% | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 06/14/2004 | | | | | | | |
| | | Advanta Bank<br>Advanta Bank Corp Bankruptcy<br>700 Dresher Road<br>Horsham , PA 19044 | 7100-000 | $41,994.07 | $41,994.07 | $.00 | $41,994.07 | $2,764.32 |
| Percent Paid: | | | 6.58% | | | | | |
| 5 | 06/16/2004 | | | | | | | |
| | | Bank One Delaware<br>c/o Weinstein Treiger & Riley PS<br>2101 4th Avenue #900<br>Seattle , WA 98121 | 7100-000 | $4,859.51 | $4,859.51 | $.00 | $4,859.51 | $319.88 |
| Percent Paid: | | | 6.58% | | | | | |
| 6 | 07/06/2004 | | | | | | | |
| | | Citi Bank USA NA<br>4300 Westown Parkway<br>West Des Moines , IA 50266<br>**NOTES:** allowed in amount of zero. Claim amount "0" | 7100-000 | $.00 | $0.00 | $.00 | $0.00 | $0.00 |
| Percent Paid: | | | 0.00% | | | | | |
| 7 | 07/12/2004 | | | | | | | |
| | | Systems & Service Tech<br>PO Box 3999<br>St Joseph , MO 64503 | 7100-000 | $8,879.45 | $8,879.45 | $.00 | $8,879.45 | $584.50 |
| Percent Paid: | | | 6.58% | | | | | |
| 8 | 08/03/2004 | | | | | | | |
| | | Capital One FSB<br>PO Box 85167<br>Richmond , VA 23285 | 7100-000 | $18,481.02 | $18,481.02 | $.00 | $18,481.02 | $1,216.54 |
| Percent Paid: | | | 6.58% | | | | | |
| **Total for General Unsecured 726(a)(2) Claims** | | | | **$115,983.79** | **$115,983.79** | **$0.00** | **$115,983.79** | **$7,634.79** |
| **Case Totals** | | | | **$128,990.18** | **$128,990.18** | **$0.00** | **$128,990.18** | **$20,641.18** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

_____
HORACE FOX, JR., Trustee