1UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| LAWRENCE K. HOPP and ) | CASE NO. 04-00564 | |
| MARY T. HOPP ) | | |
| Debtor(s). ) | Hon. JACK B. SCHMETTERER | |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

    On: **February 26, 2009**       Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                          $20,920.26

    Disbursements                                        $279.08

    Net Cash Available for Distribution               $20,641.18

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| HORACE FOX, JR. | $0.00 | $2,842.03 | $0.00 |

Trustee
<u>MANDELL MENKES P.C.</u>
Attorney for Trustee                                $0.00            $9,000.00           $9.36

<u>POPOWCCER KATTEN, LTD.</u>                         0.00            $1155.00            $0.00
Accountant for Trustee

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

|                | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| <u>Applicant</u> | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| <u>Claim Number</u> | <u>Claimant</u> | Allowed <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $115,983.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.58%.

Allowed general unsecured claims are as follows:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| 1  | Groen Waster Service   | $1258.78   | 82.86 |
| 2  | Davenport & White      | $40,411.00 | 2,660.11 |
| 3  | Midway Truck Parts     | $99.96     | 6.58 |
| 4  | Advanta Bank           | $41,994.07 | $2,764.32 |
| 5  | Bank One Delaware      | $4,859.51  | 319.88 |
| 6  | Citi Bank USA NA       | $0.00      | $0.00 |
| 7  | Systems & Service Tech | $8,879.45  | $584.50 |
| 8  | Capital One FSB        | $18,481.02 | $1,216.54 |
| 10 | Citibank               | $0.00      | $0.00 |
| 11 | Ashland Propane        | $0.00      | $0.00 |
| 13 | Bernies San & Supply   | $0.00      | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| | |

Dated: **January 27, 2009**  For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Horace Fox, Jr.
Address: 6 East Monroe
Suite 1004
Chicago, IL  60603
Phone No.: (312) 332-4499

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2              Date Rcvd: Jan 27, 2009
Case: 04-00564                 Form ID: pdf002              Total Served: 48

The following entities were served by first class mail on Jan 29, 2009.
db          +Lawrence K Hopp,    2210 Austin St,   Portage, IN 46368-2582
jdb         +Mary T Hopp,    2210 Austin St,   Portage, IN 46368-2582
aty         +Bruce E de'Medici,    150 North Michigan Avenue,    3300,   Chicago, IL 60601-7621
aty         +Harold M Saalfeld,    Harold M Saalfeld, Attorney at Law,    25 N County Street Suite 2R,
              Waukegan, IL 60085-4342
7633877     +ADVANTA BANK CORP,    P.O. BOX 8088,   PHILADELPHIA, PA 19101-8088
7633879     +ASHLAND PROPANE,    16525 WINCENNES,   SOUTH HOLLAND, IL 60473-2021
8177271     +Advanta Bank Corp,    Advanta Bank Corp Bankruptcy,    700 Dresher Road,   Horsham PA 19044-2206
8464015     +Ashland Propane,    16525 Vincennes,   South Holland, IL 60473-2021
7633880     +BANK ONE,    P.O. BOX 260161,   Baton Rouge LA 70826-0161
7633882     +BANK ONE MASTERCARD,    P.O. BOX 8650,   Wilimington DE 19899-8650
7633884     +BERNIES SAN & SUPPLY,    1233 CIRCLE AV,   FOREST PARK, IL 60130-2416
7633885     +BULLS* EYE TELECOM,    25900 GREEFIELD RD STE 330,    OAK PARK, MI 48237-1267
8186633     +Bank One Delaware A fka First USA,    c/o Weinstein Treiger & Riley PS,    2101 4th Avenue  #900,
              Seattle WA 98121-2339
7633886     +CAPITAL ONE FSB,    P.O. BOX 34631,   SEATTLE, WA 98124-1631
7633887     +CENTRELLA,    11100 BELMONT AV,   FRANKLIN PARK, IL 60131-1427
7633888      CITIBANK,    P.O. BOX 6305,   THE LAKES, NV 88901-6305
7633889     +CITIBANK USA (THE ASSOCIATES),    P.O. BOX 9004,   DES MOINES, IA 50368-9004
7633891     +COSTON, FIORETTI & LICHTMAN,    407 S. DEARBORN, SUITE 600,    CHICAGO, IL 60605-1115
8362331     +Capital One F S B,    PO Box 85167,   Richmond VA 23285-5167
8273577     +Citibank (USA) NA,    4300 Westown Parkway,   West Des Moines IA 50266-1266
7633892     +DAVENPORT & WHITE,    7667 W. 95TH ST, #101,    HICKORY HILLS, IL 60457-2272
7633893    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: FIFTH THIRD BANK,    MADISON OPERATIONS CENTER,   MAIL DROP 1MC0C2N,
              CINCINNATI, OH  45263)
7633894     +FOSTER & SON FIRE EXTINGUISHER,    8903 S. MOORE DR.,    BRIDGEVIEW, IL 60455-1910
7633895     +GROEN WASTER SERVICES,    13701 S. KOSTNER,   CRESTWOOD, IL 60445-3900
7633896      HOPP, LAWRENCE K.,    2210 AUSTIN ST,   PORTAGE, IN 46368-2582
7633897      HOPP. MARY T.,    2210 AUSTIN ST,   PORTAGE, IN 46368-2582
7633898     +HORIZON BANK,    P.O. BOX 800,   MICHIGAN CITY, IN 46361-0800
7633899     +IRWIN MORTGAGE,    P.O. BOX 7189,   INDIANAPOLIS, IN 46207-7189
7633900     +K&A Properties,    8908 S. HARLEM AV,   BRIDGEVIEW, IL 60455-1909
7633902     +LASALLE BANK,    3201 N. ASHLAND AV,   CHICAGO, IL 60657-2182
7633901     +LASALLE BANK,    135 S. LASALLE ST,   CHICAGO, IL 60603-4489
8373429     +LaSalle Bank National Association,    c/o Sheryl A Fyock Levenfeld Pearlstein,
              2 North LaSalle Ste #1300,    Chicago IL 60602-3709
7633903     +MIDWAY INDUSTRIAL FORKLIFT,    3828 W. 128TH PL,    ALSIP, IL 60803-1517
7633904     +MIDWAY TRUCK PARTS,    7400 W. 87TH ST,   BRIDGEVIEW, IL 60455-1881
7633905     +MNM PROPERTIES,    8908 S. HARLEM AV,   BRIDGEVIEW, IL 60455-1909
8122427     +Moore, Al,    Davenport & White,    7667 W 95th Street   #101,   Hickory Hills IL 60457-2272
7633906     +NEW SUPPLIES CO,    P.O. BOX 408,   ORLAND PARK, IL 60462-0408
7633908     +OTTAWA FOREST PRODUCTS,    1243 WALL ST,   P.O. BOX 99,    IRONWOOD, MI 49938-0099
7633909     +SEARS NATIONAL BANK,    P.O. BOX 818007,   CLEVELAND, OH 44181-8007
7633910     +Systems & Services Tech,    PO Box 3999,   St Joseph MO 64503-0999
7633911     +UNICARE HEALTH INSURANCE,    P.O. BOX 0797,   CAROL STREAM, IL 60132-0001
7754224     +Union Accetpance Corp c/o Systems&Svc Technologies,    c/o J Ward Holliday & Associates PC,
              501 Elm Street #400 LB13,    Dallas TX 75202-3303
7633913     +WELLS FARGO BANK,    P.O. BOX 29491,   PHOENIX, AZ 85038-9491
7633912     +Wells Fargo Bank NA,    BDD-Bankruptcy,   PO Box 53476,    Phoenix AZ 85072-3476
The following entities were served by electronic transmission on Jan 27, 2009.
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,   Lehman & Fox,
              6 E Monroe St,    Chicago, IL 60603-2704
7633890     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            COMED,
              BILL PAYMENT CENTER,    Chicago, IL 60668-0001
7633907     +E-mail/Text: bankrup@nicor.com                             NICOR GAS,   P.O. BOX 310,
              AURORA, IL 60507-0310
7633878     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 27 2009 22:58:20     The Ramsey Law Firm PC,
              Attn: American Honda Finance Corp,    (Georgia Department),   PO Box 201347,
              Arlington TX 76006-1347
                                                                                              TOTAL: 4
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7633881      BATON ROUGE, LA 70826
7633883      WILMINGTON, DE 19899
                                                                                              TOTALS: 2, * 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jan 27, 2009
Case: 04-00564                 Form ID: pdf002          Total Served: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                       **Signature:**      *Joseph Speetjens*