**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-00564 |
| | § | |
| LAWRENCE K HOPP | § | |
| MARY T HOPP | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $248,500.00 | Assets Exempt: | $13,100.00 |
| Total Distributions to Claimants: | $7,634.79 | Claims Discharged Without Payment: | $284,791.82 |
| Total Expenses of Administration: | $13,285.47 | | |

3) Total gross receipts of $20,920.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,920.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $297,457.00 | $53,623.56 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $13,285.47 | $13,285.47 | $13,285.47 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $301,811.41 | $119,854.22 | $115,983.79 | $7,634.79 |
| **Total Disbursements** | $599,268.41 | $186,763.25 | $129,269.26 | $20,920.26 |

4). This case was originally filed under chapter 7 on 01/07/2004. The case was pending for 68 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2009      By: /s/ Horace Fox, Jr.
                                                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 300 shares Metropolitan Stock | 1129-000 | $20,841.19 |
| Interest Earned | 1270-000 | $79.07 |
| **TOTAL GROSS RECEIPTS** | | **$20,920.26** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRWIN MORTGAGE | 4110-000 | $175,000.00 | NA | $0.00 | $0.00 |
| LaSalle Bank | 4110-000 | $90,000.00 | $53,623.56 | $0.00 | $0.00 |
| AMERICAN HONDA FINANCE | 4210-000 | $10,457.00 | NA | $0.00 | $0.00 |
| FIFTH THIRD BANK | 4210-000 | $22,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$297,457.00** | **$53,623.56** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lehman and Fox, Trustee | 2100-000 | NA | $2,842.03 | $2,842.03 | $2,842.03 |
| International Sureties, LTD. | 2300-000 | NA | $19.08 | $19.08 | $19.08 |
| Illinois Department of Revenue | 2820-000 | NA | $260.00 | $260.00 | $260.00 |
| Law Office Of Bruce De'Medici, Attorney for Trustee | 3210-000 | NA | $9,000.00 | $9,000.00 | $9,000.00 |
| Law Offices Of Bruce de'Medici, Attorney for Trustee | 3220-000 | NA | $9.36 | $9.36 | $9.36 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3310-000 | NA | $1,155.00 | $1,155.00 | $1,155.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$13,285.47** | **$13,285.47** | **$13,285.47** |

**UST Form 101-7-TDR (9/1/2009)**

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advanta Bank | 7100-000 | $38,701.67 | $41,994.07 | $41,994.07 | $2,764.32 |
| BANK ONE | 7100-000 | $11,375.00 | NA | NA | $0.00 |
| Bank One Delaware | 7100-000 | $4,800.00 | $4,859.51 | $4,859.51 | $319.88 |
| BULLS* EYE TELECOM | 7100-000 | $297.49 | NA | NA | $0.00 |
| Capital One FSB | 7100-000 | $18,089.93 | $18,481.02 | $18,481.02 | $1,216.54 |
| CENTRELLA | 7100-000 | $4,800.00 | NA | NA | $0.00 |
| Citi Bank USA NA | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| CITIBANK | 7100-000 | $7,008.70 | NA | NA | $0.00 |
| CITIBANK USA (THE ASSOCIATES) | 7100-000 | $8,140.00 | NA | NA | $0.00 |
| COMED | 7100-000 | $700.00 | NA | NA | $0.00 |
| COSTON FIORETTI & LICHTMAN | 7100-000 | $1,037.50 | NA | NA | $0.00 |
| Davenport & White | 7100-000 | $40,911.00 | $40,411.00 | $40,411.00 | $2,660.11 |
| FOSTER & SON FIRE EXTINGUISHER | 7100-000 | $108.96 | NA | NA | $0.00 |
| Groen Waster Service | 7100-000 | $664.15 | $1,258.78 | $1,258.78 | $82.86 |
| HORISON BANK | 7100-000 | $11,000.00 | NA | NA | $0.00 |
| K&A PROPERTIES | 7100-000 | $0.00 | NA | NA | $0.00 |
| LASALLE BANK | 7100-000 | $39,856.42 | NA | NA | $0.00 |
| MIDWAY INDUSTRIAL FORKLIST | 7100-000 | $1,997.15 | NA | NA | $0.00 |
| Midway Truck Parts | 7100-000 | $82.91 | $99.96 | $99.96 | $6.58 |
| MNM PROPERTIES | 7100-000 | $500.00 | NA | NA | $0.00 |
| NEW SUPPLIES CO | 7100-000 | $2,930.55 | NA | NA | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| NICOR GAS | 7100-000 | $110.00 | NA | NA | $0.00 |
| OTTAWA FOREST PRODUCTS | 7100-000 | $5,862.77 | NA | NA | $0.00 |
| SEARS NATIONAL BANK | 7100-000 | $500.00 | NA | NA | $0.00 |
| Systems & Service Tech | 7100-000 | $18,800.00 | $8,879.45 | $8,879.45 | $584.50 |
| UNICARE HEALTH INSURANCE | 7100-000 | $2,238.01 | NA | NA | $0.00 |
| WELLS FARGO BANK | 7100-000 | $0.00 | NA | NA | $0.00 |
| WELLS FARGO BANK | 7100-000 | $77,980.27 | NA | NA | $0.00 |
| Ashland Propane | 7200-000 | $0.00 | $537.57 | $0.00 | $0.00 |
| Bernies San & Supply | 7200-000 | $2,060.93 | $2,060.98 | $0.00 | $0.00 |
| Citibank | 7200-000 | $1,258.00 | $1,271.88 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $301,811.41 | $119,854.22 | $115,983.79 | $7,634.79 |

Case 04-00564 Doc 83 Filed 09/24/09 Entered 09/24/09 09:27:36 Desc Main
Document Page 6 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 04-00564 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | | Date Filed (f) or Converted (c): | 01/07/2004 (f) |
| For the Period Ending: | 9/17/2009 | | | §341(a) Meeting Date: | 02/17/2004 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  REAL ESTATE | $200,500.00 | $0.00 | DA | $0.00 | FA |
| 2  camp site, Portage Indiana | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 3  1997 Canterbury travel trailer | $8,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** travel trailer, deteriorated on permanent foundation | | | | | |
| 4  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 5  Center Bank Savings | $400.00 | $300.00 | DA | $0.00 | FA |
| 6  Household Goods | $0.00 | Unknown | DA | $0.00 | FA |
| 7  300 shares Metropolitan Stock | $8,500.00 | $5,100.00 | | $20,841.19 | FA |
| **Asset Notes:** suit filed to get value of stock | | | | | |
| 8  2000 Honda Shadow | $1,500.00 | Unknown | DA | $0.00 | FA |
| 9  Honda Motorcycle | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 10  cash | $100.00 | $0.00 | DA | $0.00 | FA |
| 11  Dodge Ram vehicle | $15,000.00 | $0.00 | DA | $0.00 | FA |
| 12  Chevrolet Monte Carlo vehcle | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 13  whole life ins. | $0.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $79.07 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$257,000.00    $5,400.00    $20,920.26    $0.00

**Major Activities affecting case closing:**

On 4.22.04 debtor's attorney indicated he would make offer on all none exempt assets. Debtor made an offer which was rejected and countered. Awaiting better offer. Filed motion for turnover 1.7.0.6, Metropolitan Life Insurance stock. Have Recieved power of attorney and the account numbers may now liquidate stock and signature verification from Met Life, status 6.28.07. An adversary was required to obtain stock proceeds. I must object to a secured claim; get taxes completed; file a final report and account.

Deem abandoned the motor home and pad, cost of litigation, storage.

status 9.25.08.

Final report submitted UST and court. Status 1.29.09. Hearing on final report set 2.26.09

**Initial Projected Date Of Final Report (TFR):** 09/30/2005    **Current Projected Date Of Final Report (TFR):** 04/30/2009

Case 04-00564 Doc 83 Filed 09/24/09 Entered 09/24/09 09:27:36 Desc Main
Document Page 7 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2 Exhibit 8

| Case No.: | 04-00564 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | | Date Filed (f) or Converted (c): | 01/07/2004 (f) |
| For the Period Ending: | 9/17/2009 | | | §341(a) Meeting Date: | 02/17/2004 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-00564 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******1658 | Money Market Acct #: | ******8385 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 1/7/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | TOTALS: |  | $0.00 | $0.00 | $0.00 |
|  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  | Subtotal |  | $0.00 | $0.00 | |
|  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  | Net |  | $0.00 | $0.00 | |

**For the period of 1/7/2004 to 9/17/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/10/2007 to 9/17/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-00564 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1658 | | | Checking Acct #: | ******0564 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/7/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From  # 8117040564 | Transfer For Bond Payment | 9999-000 | $19.08 | | $19.08 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $19.08 | $0.00 |
| 07/14/2008 | | Transfer From  Acct#8117040564 | | 9999-000 | $130.00 | | $130.00 |
| 07/14/2008 | | Transfer From  Acct#8117040564 | | 9999-000 | $130.00 | | $260.00 |
| 07/14/2008 | 2002 | Illinois Department of Revenue | Estate OF Lawrence K. Hopp | 2820-000 | | $130.00 | $130.00 |
| 07/14/2008 | 2003 | Illinois Department of Revenue | Estate Of Mary T. Hopp | 2820-000 | | $130.00 | $0.00 |
| 11/21/2008 | | Transfer From:  # 8117040564 | Transfer to Close Account | 9999-000 | $20,641.18 | | $20,641.18 |
| 03/03/2009 | 2004 | Law Office Of Bruce De'Medici | Attorney for Trustee FEES | 3210-000 | | $9,000.00 | $11,641.18 |
| 03/03/2009 | 2005 | Law Offices Of Bruce de'Medici | Trustees attorney EXPENCES | 3220-000 | | $9.36 | $11,631.82 |
| 03/03/2009 | 2006 | Popowcer Katten, Ltd. | Accountant for Trustee | 3310-000 | | $1,155.00 | $10,476.82 |
| 03/03/2009 | 2007 | Groen Waster Service | General Unsecured | 7100-000 | | $82.86 | $10,393.96 |
| 03/03/2009 | 2008 | Davenport & White | General Unsecured | 7100-000 | | $2,660.11 | $7,733.85 |
| 03/03/2009 | 2009 | Midway Truck Parts | General Unsecured | 7100-000 | | $6.58 | $7,727.27 |
| 03/03/2009 | 2010 | Advanta Bank | General Unsecured | 7100-000 | | $2,764.32 | $4,962.95 |
| 03/03/2009 | 2011 | Bank One Delaware | General Unsecured | 7100-000 | | $319.88 | $4,643.07 |
| 03/03/2009 | 2012 | Systems & Service Tech | General Unsecured | 7100-000 | | $584.50 | $4,058.57 |
| 03/03/2009 | 2013 | Capital One FSB | General Unsecured | 7100-000 | | $1,216.54 | $2,842.03 |
| 03/03/2009 | 2014 | Lehman and Fox | Trustee compensation | 2100-000 | | $2,842.03 | $0.00 |

**SUBTOTALS**    $20,920.26    $20,920.26

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-00564 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1658 | | Checking Acct #: | ******0564 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $20,920.26 | $20,920.26 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $20,920.26 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $20,920.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $20,920.26 | |

| For the period of 1/7/2004 to 9/17/2009 | | For the entire history of the account between 03/31/2008 to 9/17/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,920.26 | Total Internal/Transfer Receipts: | $20,920.26 |
| | | | |
| Total Compensable Disbursements: | $20,920.26 | Total Compensable Disbursements: | $20,920.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,920.26 | Total Comp/Non Comp Disbursements: | $20,920.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-00564 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1658 | | Money Market Acct #: | ******0564 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2007 | (7) | Met Life | Stock | 1129-000 | $1,606.40 | | $1,606.40 |
| 11/30/2007 | (7) | Met Life | Stock | 1129-000 | $19,234.79 | | $20,841.19 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $9.25 | | $20,850.44 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $10.08 | | $20,860.52 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $8.26 | | $20,868.78 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $8.10 | | $20,876.88 |
| 04/02/2008 | | Transfer To # 7117040564 | Transfer For Bond Payment | 9999-000 | | $19.08 | $20,857.80 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.84 | | $20,864.64 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $7.07 | | $20,871.71 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.84 | | $20,878.55 |
| 07/14/2008 | | Transfer To Acct#7117040564 | | 9999-000 | | $130.00 | $20,748.55 |
| 07/14/2008 | | Transfer To Acct#7117040564 | | 9999-000 | | $130.00 | $20,618.55 |
| 07/14/2008 | 1001 | Illinois Deparment Of Revenue | | 2820-000 | | $130.00 | $20,488.55 |
| 07/14/2008 | 1001 | VOID: Illinois Deparment Of Revenue | | 2820-003 | | ($130.00) | $20,618.55 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.52 | | $20,625.07 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.24 | | $20,630.31 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $5.07 | | $20,635.38 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $4.00 | | $20,639.38 |
| 11/21/2008 | (INT) | STERLING BANK | Account Closing Interest As Of 11/21/2008 | 1270-000 | $1.80 | | $20,641.18 |
| 11/21/2008 | | Transfer To: # 7117040564 | Transfer to Close Account | 9999-000 | | $20,641.18 | $0.00 |

| | | | | **SUBTOTALS** | $20,920.26 | $20,920.26 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-00564 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1658 | Money Market Acct #: | ******0564 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/7/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $20,920.26 | $20,920.26 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $20,920.26 | |
| | | | **Subtotal** | | $20,920.26 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,920.26 | $0.00 | |

**For the period of  1/7/2004 to 9/17/2009**                                                     **For the entire history of the account between 11/30/2007 to 9/17/2009**

| | | | | |
|---|---|---|---|---|
| Total Compensable Receipts: | $20,920.26 | | Total Compensable Receipts: | $20,920.26 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,920.26 | | Total Comp/Non Comp Receipts: | $20,920.26 |
| Total Internal/Transfer Receipts: | $0.00 | | Total Internal/Transfer Receipts: | $0.00 |
| | | | | |
| Total Compensable Disbursements: | $0.00 | | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $20,920.26 | | Total Internal/Transfer  Disbursements: | $20,920.26 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-00564 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HOPP, LAWRENCE K AND HOPP, MARY T | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1658 | Money Market Acct #: | ******0564 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 1/7/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2009 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $20,920.26 | $20,920.26 | $0.00 |

**For the period of 1/7/2004 to 9/17/2009**

| Total Compensable Receipts: | $20,920.26 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,920.26 |
| Total Internal/Transfer Receipts: | $20,920.26 |
| | |
| Total Compensable Disbursements: | $20,920.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,920.26 |
| Total Internal/Transfer Disbursements: | $20,920.26 |

**For the entire history of the case between 01/07/2004 to 9/17/2009**

| Total Compensable Receipts: | $20,920.26 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,920.26 |
| Total Internal/Transfer Receipts: | $20,920.26 |
| | |
| Total Compensable Disbursements: | $20,920.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,920.26 |
| Total Internal/Transfer Disbursements: | $20,920.26 |